**IT IS ORDERED as set forth below:**



**Date: April 17, 2026**

_____
**James R. Sacca**
**U.S. Bankruptcy Court Judge**

_____

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-58283-JRS |
| | ) | |
| **CIARRAH GENETTE HARRINGTON**, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

**ORDER**

On March 20, 2026, Trustee filed his motion for an order approving compromise and settlement of a claim and to make certain disbursements from the settlement funds [Doc. No. 35] (the "**Motion**") pursuant to Rule 9019 of the Federal Rules of Bankruptcy Procedure. The Motion seeks to settle a labor claim arising from back overtime owed by the Debtor's former employer(s), and a copy of that certain *Settlement, Release, and Waiver of FLSA Claims* was filed with the Motion as Exhibit "A" (the "**Settlement Agreement**"). Under the settlement, Trustee will receive a gross settlement amount of $73,000.00. The Motion appears to have been properly noticed pursuant to Fed. R. Bankr. P. 2002, and Trustee certifies that the notice of opportunity to object and for hearing was provided pursuant to the procedures in Fifth Amended and Restated General Order No. 24-2018 and that no objection to the Motion was filed prior to

the objection deadline.  The Court has considered the Motion and all other matters of record, including the lack of objection thereto, and based on the forgoing, no further notice or hearing is required. Good cause having been shown, it is hereby

**ORDERED** that Motion is Granted. The Settlement Agreement is approved and its terms are incorporated herein.  It is further

**ORDERED** that the gross settlement proceeds of $73,000.00 shall be paid to Trustee, and Trustee is authorized to take any actions necessary to effectuate the terms of the settlement agreement.  It is further

**ORDERED** that Trustee is authorized and directed to pay his special counsel, DeLong, Caldwell, Bridgers, Fitzpatrick & Benjamin, LLC, $19,845.00 plus reimbursement of expenses in the amount of $655.00.  It is further

**ORDERED** that Trustee is authorized and directed to pay the Debtor $10,760.00 through defendant Randstad US, LLC as set forth in the Settlement Agreement for Debtor's allowed exemption pursuant to O.C.G.A. § 44-13-100(a)(6).

**ORDERED** that this Court retains jurisdiction to (i) interpret, implement, and enforce this Order, and (ii) enter such other and further orders as may be necessary, just, or proper as an aid to enforcement or implementation of this Order.

**[END OF DOCUMENT]**

Prepared and submitted by:

GORDON AND PETTIE, LLC

*/s/ Jason L. Pettie*
Jason L. Pettie, proposed attorneys for Trustee
Georgia Bar # 574783
P.O. Box 170008
Atlanta, GA 30317
404-855-2972
jpettie@gordonpettie.com

## DISTRIBUTION LIST

Danielle J. Eliot
Law Office of Danielle J Eliot, PC
Ste 420
1001 Weatherstone Pkwy
Woodstock, GA 30188

Ciarrah Genette Harrington
931 Monroe Dr
Atlanta, GA 30308

Jason L Pettie, Trustee
P.O. Box 170008
Atlanta, GA 30317

Office of the U.S. Trustee
Russell Federal Bldg, Rm 362
75 Ted Turner Dr SW
Atlanta, Georgia  30303