UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CASE NO. 24-58283-JRS |
| | ) | |
| **CIARRAH GENETTE HARRINGTON**, | ) | CHAPTER 7 |
| | ) | |
| Debtor. | ) | |
| _____ | ) | |

### TRUSTEE'S NOTICE OF PROPOSED ABANDONMENT

NOW COMES Jason L. Pettie, trustee in the above-captioned case, and in accordance with Fed.R.Bank.P. 6007, notice is hereby given of the proposed abandonment or other disposition of the estate's interest in the following described personal property:

- Potential Sexual Harassment Claim
- Possible FMLA, ADA claim

The trustee further believes such property to be either burdensome or of little value to the estate. Notice is hereby given that you have fifteen (15) days from the date of mailing of this notice to file written objections to said abandonment.  Such objection should be filed with:

U.S. Bankruptcy Court
1340 Russell Federal Building
75 Ted Turner Dr, SW
Atlanta, Georgia  30303

and a copy sent to the trustee:

Jason L. Pettie, Trustee
1600 Parkwood Circle, Suite 200
Atlanta, GA 30339

If an objection to the proposed abandonment of property is timely filed, a hearing will be scheduled with notice to the objecting party. If no objection is filed with the Court, the property will be deemed abandoned such that the Debtor can assert her ownership interest without further hearing or Order of this Court.

Respectfully submitted this 14th day of May, 2026

*/s/ Jason L. Pettie*
Jason L. Pettie, Chapter 7 Trustee
Georgia Bar # 574783
P.O. Box 17936
Atlanta, Georgia 30316
(404) 638-5984